# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 18, 2022

Lyle W. Cayce
Clerk

No. 20-30001
Summary Calendar

Mark Anthony Thompson,

*Plaintiff—Appellant*,

*versus*

Eric Link; Myers P. Namie; John L. Walker; Patricia
Minaldi,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:19-CV-252

Before Wiener, Dennis, and Haynes, *Circuit Judges*.

Per Curiam:*

Mark Anthony Thompson, federal prisoner # 44671-379, appeals the dismissal of his complaint seeking relief under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The district court

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-30001

determined that his claims were either barred under *Heck v. Humphrey*, 512 U.S. 477 (1994), or collaterally estopped. Even with the benefit of liberal construction, Thompson's initial brief addresses only the merits of his civil rights claims rather than the district court's reasons for dismissing his complaint. Thus, he has abandoned any challenge to the district court's judgment. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Although Thompson attempts to challenge the district court's reliance on *Heck* and the collateral estoppel doctrine for the first time in his reply brief, we do not consider the new arguments raised in his reply brief. *See United States v. Jackson*, 426 F.3d 301, 304 n.2 (5th Cir. 2005).

The judgment of the district court is AFFIRMED.